# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

In re:   RONALD P. FERRY                                      Case No: 15-11839

Debtor(s).

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

_____ Voluntary Petition

Official Form 6 Schedules
- _____ Summary of Schedules
- _____ Schedule A-Real Property
- __XX__ Schedule B-Personal Property
- _____ Schedule C-Property Claimed as Exempt
- _____ Schedule D-Creditors Holding Secured Claims
- _____ Schedule E-Creditors Holding Unsecured Priority Claims   } Check one
- _____ Schedule F-Creditors Holding Unsecured NonPriority Claims   }\_\_\_Creditor(s) added
- _____ Schedule G-Executory Contracts and Unexpired Leases   } XX  NO Creditor(s) added
- _____ Schedule H-Codebtors
- _____ Schedule I-Current Income of Individual Debtor
- _____ Schedule J-Current Expenditures of Individual Debtors

*[NOTE: The form "NOTICE TO CREDITORS (RE AMENDMENT)" is still required when adding additional creditors]*

_____ Statement of Financial Affairs

_____ Chapter 7 Individual Debtor's Statement of Intention

_____ Chapter 11 List of Equity Security Holders

_____ Disclosure Statement of Attorney

_____ Other

## NOTICE OF AMENDMENTS TO AFFECTED PARTIES

Pursuant to Bankruptcy Rule 1009(a) and Local Rule 208 (A), I certify that notice of the filing of the amendment(s) checked above has been given this date to the United States Trustee, the Trustee in this case, and to any and all entities affected by the amendment as follows: SEE ATTACHED, on this 14TH, day of July, 2015.

Date:  7/14/2015                          Attorney for Debtor(s) /s/ Richard G. Hall_____
                                          Richard G. Hall, Esquire
                                          VA Bar # 18076

*IN THE UNITED STATES BANKRUPTCY COURT*
*FOR THE EASTERN DISTRICT OF VIRGINIA*
*Alexandria Division*

In re:  RONALD P. FERRY                                    Case No: 15-11839

Debtor(s).      (Chapter 13)

To: *CREDITOR(S) LISTED ON ATTACHED*
*AMENDMENT TO PETITION FOR BANKRUPTCY*

NOTICE TO ADDITIONAL
CREDITOR(S) (RE AMENDMENT)

**NOTICE IS HEREBY GIVEN** that an amendment to the above-captioned debtor(s)' schedules has been filed listing you as a creditor.

Attached is a copy of the notice of the meeting of creditors called by the United States Trustee pursuant to Bankruptcy Rule X-1006 giving all the particulars of the case and stating the last date for the filing of claims (if any was given) and for filing objections to the discharge and complaints to determine the dischargeability of certain debts. (Also attached is a copy of the discharge of the debtor(s), if one has been entered, a subsequent notice to file claims, if one has been issued, and any other filed document affecting the rights of the added creditor(s).

/s/ Ronald P. FERRY
RONALD P. FERRY


/s/ Richard G. Hall
**RICHARD G. HALL, ESQUIRE**
Virginia State Bar # 10876
7369 McWhorter Place, Suite 412
Annandale, Virginia 22003
(703) 256-7159
Counsel for Debtor

In re:   RONALD P. FERRY                                                    Case No: 15-11839

## *AMENDMENT TO PETITION FOR BANKRUPTCY*

SEE ATTACHED SCHEDULES

**Schedule B- Personal Property**

     **I HEREBY CERTIFY** under penalty of perjury that the matters and facts set forth in the foregoing Amendment to Petition for Bankruptcy are true and correct to the best of my knowledge, information and belief.


/s/ Ronald P. Ferry
RONALD P. FERRY

B6B (Official Form 6B) (12/07)

In re  **Ronald P. Ferry**                                              Case No.  **15-11839**
                              Debtor

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.
If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | Cash on hand | H | 10.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Custodial Checking Account at PNC Bank in Debtor's name and his son, Alexander Ferry. | J | 1,900.00 |
| | | Custodail Checking account at BB&T Bank in Debtor's name and his son, Alexander Ferry. | J | 50.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Security deposit with Landlord | H | 4,200.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | 2 Beds, 3 Dressers, 2 night tables, chest of drawers, 3 lamps, TV, VCR/DVD player, sofa, loveseat, 2 Chairs, 2 end tables, bookcase, entertainment stand, desk, dining table & chairs and china cabinet. | J | 1,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothing | H | 500.00 |
| 7. Furs and jewelry. | | Watch | H | 500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

                                                                              Sub-Total >        8,660.00
                                                                              (Total of this page)

__2__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  Ronald P. Ferry  
Debtor

Case No. __15-11839__

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | DCA Pension - Debtor receives $2,700.00 Monthly | - | 2,700.00 |
| | | DCA Pension, Debtor will receive upon turning 60. | H | Unknown |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >  2,700.00  
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached  
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

| In re | Ronald P. Ferry | Case No. | 15-11839 |
|---|---|---|---|
| | Debtor | | |

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2009 BMW X5 | H | 10,000.00 |
| | | 2006 Jaguar XJ | H | 10,000.00 |
| 26. Boats, motors, and accessories. | | Military Surplus YP Boat | - | 8,000.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | Sub-Total > (Total of this page) | 28,000.00 |
|---|---|---|
| Sheet  2  of  2  continuation sheets attached to the Schedule of Personal Property | Total > | 39,360.00 |
| | (Report also on Summary of Schedules) | |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Eastern District of Virginia

In re  **Ronald P. Ferry**  
　　　　　　　　　　　Debtor(s)

Case No. **15-11839**  
Chapter **13**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

　　　　I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __20__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **July 14, 2015**　　　　　　　　　Signature  **/s/ Ronald P. Ferry**  
　　　　　　　　　　　　　　　　　　　　　　　　　　**Ronald P. Ferry**  
　　　　　　　　　　　　　　　　　　　　　　　　　　Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.