IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| **RONALD PHILLIP FERRY** | : | Case No. 15-11839-RGM |
| | : | (Chapter 13) |
| Debtor | : | |
| | : | |

## ORDER RESTRICTING ACCESS

THIS MATTER came on motion of the debtor for an order to restrict access to Docket Item No. 16, and it appearing proper to do so, the clerk is hereby directed to restrict public access to the material filed as Docket Item No. 16 in this case.

SIGNED this   day of July, 2015,

Jul 20 2015

/s/ Robert G Mayer
Hon. Robert G. Mayer
UNITED STATES BANKRUPTCY JUDGE

I ASK FOR THIS:              Entered on Docket: July 21, 2015

/s/ Richard G. Hall
RICHARD G. HALL, Esquire
Counsel for the debtor
7369 McWhorter Place, Suite 412
Annandale, Virginia  22003
(703) 256-7159
Va Bar No. 18076