**UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| In the Matter of: | |
| RONALD P. FERRY | Chapter 13 |
| Debtor | |
| Sandra Beard | Case No. 15-11839-RGM |
| Plaintiff | |
| v. | |
| Ronald P. Ferry and Thomas P. Gorman, Trustee, | |

**ANSWER AND REPORT OF TRUSTEE
TO RELIEF FROM STAY MOTION**

COMES NOW Thomas P. Gorman, the Chapter 13 Trustee named upon this Motion for Relief from Stay, and for his Answer and Report to this matter, states that he has no opposition to the automatic stay being modified to permit Movant to pursue and protect her rights in State Court, so long as no action is taken against Debtor's estate or against property of the estate without further Order of the Court.

AND HAVING FULLY ANSWERED, your Trustee Prays for such disposition of this Motion as to this Court seems just.

**ANSWER & REPORT OF TRUSTEE, PAGE 2**
**CASE #15-11839-RGM**

Date:   September 8, 2015                                    ___/s/ Thomas P. Gorman_____
                                                          Thomas P. Gorman
                                                          Chapter 13 Trustee
                                                          300 N. Washington Street, Ste. 400
                                                          Alexandria, VA 22314
                                                          (703) 836-2226
                                                          VSB 26421

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Answer & Report of Trustee was served via ECF to authorized users or mailed to counsel for the Movant and counsel for the Debtor, or to Debtor Pro Se, this 8th day of September, 2015.

                                                          ____/s/ Thomas P. Gorman_____
                                                          Thomas P. Gorman