IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| RONALD PHILLIP FERRY | : | Case No. 15-11839-KHK |
| | : | (Chapter 13) |
| Debtor | : | |
| | : | |

## DEBTOR'S AMENDED RESPONSE TO MOTION TO DISMISS

COMES NOW the debtor and files this amended response to the motion to stop a discharge, and the supplemental motion to stop a discharge, both filed by Sandra Beard, (Docket Items Nos. 156 and 163), and he states as follows:

The debtor's counsel has been able to reach and speak with the debtor by telephone, and the debtor does not wish to contest either motion filed by Sandra Beard, and will consent to the closure of this Chapter 13 case without his receiving a discharge.

RONALD PHILLIP FERRY
By Counsel

/s/ Richard G. Hall
RICHARD G. HALL, Esquire
Counsel for the plaintiff
601 King Street, Suite 301
Alexandria, Virginia  22314
(703) 256-7159
Va Bar No. 18076

<u>Certificate of Service</u>

      I hereby certify that on May 12, 2020, I mailed a copy of this response to Sandra Beard, c/o Jeffery Vogelman, 201 N. Union Street, Suite 110, Alexandria, Virginia 22314.

<u>/s/ Richard G. Hall</u>